```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MELODRAMA PUBLISHING, LLC,              :
                                        :      12 Civ. 7830 (JSR)
        Plaintiff,                      :
                                        :      ORDER
        -v-                             :
                                        :
DANIELLE SANTIAGO,                      :
                                        :
        Defendant.                      :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On April 10, 2013, this Court granted the motion of Melodrama Publishing, LLC ("Melodrama") for judgment on the pleadings under Fed. R. Civ. P. 12(c) and referred the case to a Magistrate Judge for a damages inquest. See Memorandum Order, Dkt. 26. On May 19, 2015, Magistrate Judge Frank Maas issued a Report and Recommendation awarding Melodrama damages for lost profits in the amount of $64,365, attorneys' fees in the amount of $88,181.62, disbursements in the amount of $647.04, and prejudgment interest on the sum of $64,365 from February 15, 2013, through the date judgment is entered, at the rate set forth in 26 U.S.C. § 6621(a)(2). See Report and Recommendation, Dkt. 44, at 15. Magistrate Judge Maas also concluded, after an evidentiary hearing, that judgment should be entered only against defendant Danielle Santiago and not against Ms. Santiago's former counsel, Jeffrey M. Wooten, Esq. See Report and Recommendation at 5.

The Court hereby adopts in full Magistrate Judge Maas's fine Report and Recommendation. Regarding the total amount of the

judgment, the Court directs Melodrama's counsel to submit a calculation of prejudgment interest on the sum of $64,365 from February 15, 2013 through November 20, 2015. Melodrama's counsel must submit this calculation to the Court by noon on Wednesday, November 18, 2015, and any objections to the calculation must be submitted by the Court by noon on Friday, November 20, 2015. The Court will then enter final judgment as of November 20, 2015.

SO ORDERED.

Dated: New York, NY
November 15, 2015

JED S. RAKOFF, U.S.D.J.

2